IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Marciniak, William

Printed: 6/10/08

Case Number: 04 B 46732
Judge: Wedoff, Eugene R
Filed: 12/21/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: June 6, 2008
Confirmed: February 3, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 55,500.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 52,774.79 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 2,725.21 |
| Other Funds: |  | 0.00 |
| Totals: | 55,500.00 | 55,500.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Resurgent Capital Services | Unsecured | 2,898.66 | 3,713.48 |
| 2. | ECast Settlement Corp | Unsecured | 2,841.08 | 3,639.76 |
| 3. | JP Morgan Chase Bank | Unsecured | 2,589.36 | 3,317.28 |
| 4. | Resurgent Capital Services | Unsecured | 4,582.26 | 5,870.44 |
| 5. | Resurgent Capital Services | Unsecured | 1,962.63 | 2,514.37 |
| 6. | ECast Settlement Corp | Unsecured | 6,409.18 | 8,210.96 |
| 7. | Resurgent Capital Services | Unsecured | 6,898.48 | 8,837.72 |
| 8. | ECast Settlement Corp | Unsecured | 5,880.60 | 7,533.79 |
| 9. | Discover Financial Services | Unsecured | 350.43 | 448.96 |
| 10. | Resurgent Capital Services | Unsecured | 1,458.83 | 1,868.93 |
| 11. | ECast Settlement Corp | Unsecured | 1,141.89 | 1,462.87 |
| 12. | ECast Settlement Corp | Unsecured | 2,568.03 | 3,290.00 |
| 13. | ECast Settlement Corp | Unsecured | 1,612.80 | 2,066.23 |
| 14. | Guaranty Bank | Secured |  | No Claim Filed |
| 15. | Associated Loan Services | Secured |  | No Claim Filed |
| 16. | Fivestar Financial Services | Unsecured |  | No Claim Filed |
| 17. | Bank Of America | Unsecured |  | No Claim Filed |
| 18. | Capital One | Unsecured |  | No Claim Filed |
| 19. | Capital One | Unsecured |  | No Claim Filed |
| 20. | Home Depot | Unsecured |  | No Claim Filed |
| 21. | Nex Card | Unsecured |  | No Claim Filed |
| 22. | Wal Mart Stores | Unsecured |  | No Claim Filed |
|  |  |  | $ 41,194.23 | $ 52,774.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Marciniak, William

Printed: 6/10/08

Case Number:  04 B 46732
Judge:  Wedoff, Eugene R
Filed:  12/21/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 299.50 |
| 3% | 135.39 |
| 5.5% | 741.77 |
| 5% | 225.65 |
| 4.8% | 431.99 |
| 5.4% | 890.91 |
|  | _____ |
|  | $ 2,725.21 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

